UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRYAN C. TRUJILLO, | Case No. 17-cv-04017-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| AETNA LIFE INSURANCE COMPANY, | Re: Dkt. No. 18 |
| Defendant. | |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: November 6, 2017

_____
WILLIAM H. ORRICK
United States District Judge